# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20479   Lyons v. Sade
                USDC No. 4:24-CV-1554

The court has taken the following action in this case:

The court has reinstated the above case as it was dismissed in error.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

P.S. to Mr. Charles Lyons:  The Clerk's Office will file the Appellant's brief, previously received on 01/07/2025, will be filed on the docket as of today's date.

Mr. Hugo Cesar Diaz Trejo
Mr. Charles Lyons
Mr. Nathan Ochsner